UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
AURELIO AMADOR ALDANA,                                                  :
                                                                        :
                            Petitioner,                                 :
                                                                        :    26-CV-1961 (JMF)
                -v-                                                     :
                                                                        :    MEMORANDUM OPINION
PAMELA BONDI et al.,                                                    :        AND ORDER
                                                                        :
                            Respondents,                                :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Petitioner Aurelio Amador Aldana, who was detained by immigration authorities on or about February 8, 2026, petitions for the writ of habeas corpus under 28 U.S.C. § 2241.  *See* ECF No. 1.  By Order entered March 10, 2026, the Court scheduled a conference for March 11, 2026, at 2:00 p.m. and directed the parties to submit a joint letter by March 11, 2026 at 11:00 a.m., addressing, among other things, whether there is any basis to distinguish this case from *Guzman Cardenas v. Almodovar*, No. 25-CV-9169 (JMF), 2025 WL 3215573 (S.D.N.Y. Nov. 18, 2025) (and, if not, whether Respondents would consent to issuance of the writ — subject to preservation of Respondents' arguments for appeal).  *See* ECF No. 7.

On March 11, 2026, at 11:17 a.m., the parties filed their joint letter.  *See* ECF No. 8.  That letter states that "the parties agree that the scheduled conference and full briefing is not necessary in this case given the Court's prior decision in *Guzman Cardenas*, and the Court can decide this matter based on this submission."  *Id.* at 1.  More specifically, Respondents concede that "the facts of this case are not materially indistinguishable from those in *Guzman Cardenas*" and that "the Court's decision in *Guzman Cardenas* would control the result in this case if the

Court adheres to that decision." *Id.* at 2.  The Court adheres to its decision in *Guzman Cardenas*.  Accordingly, and in light of Respondents' concessions (even as they "reserve[e] all rights, including the right to appeal," *id.*), the Petition for the writ of habeas corpus is GRANTED.

As Petitioner is currently en route to Indiana, if counsel for Petitioner notifies counsel for Respondents **by 5:00 p.m. TODAY** that Petitioner prefers immediate release from his current place of detention (in Indiana) over transfer back to this District before release, Respondents shall release him and certify compliance with this Order **no later than 8:00 p.m. TODAY**.  If counsel for Petitioner confirms that Petitioner prefers transfer back to this District before release (or does not indicate a preference one way or another by 5:00 p.m. today), Respondents shall transport Petitioner back to the New York City area and release him in this District — and file certification thereof — by **5:00 p.m. TOMORROW.**

The conference scheduled for today is hereby canceled as moot.  The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: March 11, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge