**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 AURELIO AMADOR ALDANA,

                          Plaintiff,

           -against-                                              26 **CIVIL** 1961 (JMF)

                                                                  **JUDGMENT**

PAMELA BONDI et al.,

                          Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated March 11, 2026, the Petition for the

writ of habeas corpus is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

          March 12, 2026

                                             **TAMMI M. HELLWIG**
                                   _____
                                             **Clerk of Court**

                                                  K. Mango
                          **BY:**
                                   _____
                                             **Deputy Clerk**